IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | |
|---|---|
| CIENA CORPORATION, a Delaware corporation,<br><br>Plaintiff,<br><br>v.<br><br>NORTEL NETWORKS, INC., a Delaware corporation, NORTEL NETWORKS LIMITED, a Canadian corporation, and NORTEL NETWORKS CORPORATION, a Canadian corporation,<br><br>Defendants. | Civil Action No. 2:05-CV-14-LED<br><br>Judge Davis |

## ORDER MODIFYING DOCKET CONTROL ORDER

CAME TO BE CONSIDERED the parties' Joint Motion To Extend the Deadline for Responding to Amended Pleadings. The Court is of the opinion that the motion should be GRANTED.

IT IS THEREFORE ORDERED that this Court's Docket Control Order is hereby modified as follows:

The deadline for Nortel to file its Reply to Ciena's Counterclaim is September 27, 2005.

No other deadlines are modified.

**So ORDERED and SIGNED this 27th day of September, 2005.**

_____
**LEONARD DAVIS
UNITED STATES DISTRICT JUDGE**