IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | |
|---|---|
| **CIENA CORPORATION**, a Delaware corporation,<br>　　　　Plaintiff,<br><br>　v.<br><br>**NORTEL NETWORKS, INC.**, a Delaware corporation, **NORTEL NETWORKS LIMITED**, a Canadian corporation, and **NORTEL NETWORKS CORPORATION**, a Canadian corporation,<br><br>　　　　**Defendants.** | Civil Action No. 2:05-CV-14-LED<br><br>Judge Davis |

## ORDER MODIFYING DOCKET CONTROL ORDER

CAME TO BE CONSIDERED the parties' Joint Motion To Modify Docket Control Order.  The Court is of the opinion that the motion should be GRANTED.

IT IS THEREFORE ORDERED that this Court's Amended Docket Control Order is hereby modified as follows:

| | |
|---|---|
| Parties to Supplement their Infringement Contentions and Invalidity Contentions Without Leave of Court. | March 27, 2006 |
| Parties to Complete Fact Discovery. | April 7, 2006 |
| Parties to Complete Expert Discovery. | To be agreed upon consistent with the Court's Jan. 19, 2006 Order modifying exchange of expert reports |
| Parties to Identify Trial Witnesses. | April 10, 2006 |

| | |
|---|---|
| Amend Pleadings (after *Markman* Hearing). | April 10, 2006 |
| Dispositive Motions due from all parties and any other motions that may require a hearing; Motion for Summary Judgment shall comply with Local Rule CV56. | April 10, 2006 |
| *Daubert* Motions due from all parties. | To be agreed upon consistent with the Court's Jan. 19, 2006 Order modifying exchange of expert reports |
| Identify Rebuttal Trial Witnesses. | April 14, 2006 |
| Answer to Amended Pleadings. | April 14, 2006 |
| Joint Pretrial Order, Joint Proposed Jury Instructions with citation to authority, and Form of the Verdict for jury trials. | April 28, 2006 |
| Response to Dispositive Motions. Responses to dispositive motions filed prior to the dispositive motion deadline, shall be due in accordance with Local Rule CV-7(e). | April 28, 2006 |
| Response to *Daubert* motions due. | To be agreed upon consistent with the Court's Jan. 19, 2006 Order modifying exchange of expert reports |

No other deadlines are modified.

**So ORDERED and SIGNED this 13th day of March, 2006.**



_____
**LEONARD DAVIS
UNITED STATES DISTRICT JUDGE**