IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | |
|---|---|
| CIENA CORPORATION, a Delaware corporation,<br>      Plaintiff,<br><br>    v.<br><br>NORTEL NETWORKS, INC., a Delaware corporation, NORTEL NETWORKS LIMITED, a Canadian corporation, and NORTEL NETWORKS CORPORATION, a Canadian corporation,<br><br>      Defendants. | Civil Action No. 2:05-CV-14-LED<br><br>Judge Davis |

## ORDER ON MOTION FOR LEAVE TO AMEND PLEADINGS TO ADD DEFENSES AND COUNTERCLAIMS ON INEQUITABLE CONDUCT

CAME TO BE CONSIDERED the parties' Joint Motion for Leave to Amend Pleadings to Add Defenses and Counterclaims on Inequitable Conduct. The Court is of the opinion that the motion should be GRANTED.

IT IS THEREFORE ORDERED that this Court's Amended Docket Control Order is hereby modified as follows:

| | |
|---|---|
| Deadline for Plaintiff to Amend Pleadings to Add Inequitable Conduct Allegations with Respect to the '760, '363 and '519 patents. | April 24, 2006 |
| Deadline for Defendants to Answer Amended Pleadings and Add Inequitable Conduct Allegations with Respect to the '115 and '392 patents. | April 28, 2006 |

No other deadlines are modified.

**So ORDERED and SIGNED this 19th day of April, 2006.**



_____
**LEONARD DAVIS
UNITED STATES DISTRICT JUDGE**