# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# MARSHALL DIVISION

| | |
|---|---|
| CIENA CORPORATION, a Delaware corporation,<br>    Plaintiff,<br><br>v.<br><br>NORTEL NETWORKS, INC., a Delaware corporation, NORTEL NETWORKS LIMITED, a Canadian corporation, and NORTEL NETWORKS CORPORATION, a Canadian corporation,<br>    Defendants. | Civil Action No. 2:05-CV-14-LED<br><br>Judge Davis |

## JOINT MOTION TO MODIFY AMENDED DOCKET CONTROL ORDER

Plaintiff Ciena Corporation ("Ciena") and Defendants Nortel Networks, Inc., Nortel Networks Limited, and Nortel Networks Corporation (collectively, "Nortel"), hereby jointly move the Court to modify the Amended Docket Control Order as set forth in the table below. The new trial date and corresponding modifications to the Court's Amended Docket Control order have been negotiated in good faith between the parties.

The parties jointly request a one-month continuance of the trial date, currently June 12, 2006, and associated discovery deadlines for the following reasons.

First, having received the Court's claim construction order, the parties have agreed to resume mediation and are in the process of setting a mediation date with the Honorable Robert Parker for the coming weeks. Given the number of patents involved in this case and in the parties' respective patent portfolios, the decision makers on both sides will need some time, free of the pressure of an upcoming trial setting, to negotiate the specifics of a settlement. The

current trial date of June 12, 2006 would require the parties to conduct mediation while simultaneously preparing for trial, which would place a significant burden on both parties.

Second, although the parties have diligently pursued discovery in this matter, the number of patents, witnesses, and associated scheduling issues have made it difficult to complete discovery by the current deadline. There are still several outstanding, and important, discovery requests and depositions that the parties have agreed to provide to each other, but which cannot be completed in time to meet the current deadlines for designation of deposition excerpts and trial exhibits.

Third, the current deadlines do not provide sufficient time for the parties to review expert reports and conduct expert-related discovery prior to trial. At present, the parties are scheduled to exchange opening expert reports on May 9, 2006 and rebuttal expert reports on May 23, 2006. Given the current trial schedule, the parties would have only two short weeks prior to the start of trial to conduct expert discovery – a nearly impossible task given the fact that both sides have a total of twelve experts expected to be called at trial. A continuance would allow the parties sufficient time to conduct such expert discovery.

Finally, lead counsel for Nortel, Sam Baxter, is set for trial in the coming weeks in *Alt v. Medtronic, Inc.*, Civil Action No. 6:06CV95 in this Court and is also set for trial beginning on May 30, 2006 in *Kozak v. Medtronic Inc.*, Civil Action No. H-03-4400 in the United States District Court for the Southern District of Texas. Mr. Baxter is lead counsel in both cases.

Consequently, the parties request that the following deadlines be modified:

| Docket Control Entry | Current Deadline | Proposed Deadline |
|---|---|---|
| Ciena's Response to Nortel's Dispositive Motion on Breach of Contract | April 28, 2006 | Two court days after the later of (i) the deposition of Art Fisher and (ii) Nortel's designated witness with |

| | | |
|---|---|---|
| | | respect to the two issues identified in G. Lippetz's 5/3/06 e-mail to M. Perez that are related to topic 23 of Ciena's November 23, 2006 30(b)(6) deposition notice |
| Nortel's Responses to Ciena's Dispositive Motions | May 3, 2006 | May 5, 2006 |
| Designate Experts; Expert Reports Due (with the exception of damages-related expert reports) | Within 14 days after service by the Court of its Claim Construction Ruling | May 9, 2006 |
| Nortel's Reply Briefs to Nortel's Dispositive Motions Due | May 9, 2006 | May 11, 2006 |
| Damages-Related Expert Reports Due | Within 14 days after service by the Court of its Claim Construction Ruling | May 12, 2006 [subject to the parties' agreement to permit supplementation of their respective damages expert reports if additional evidence is discovered or to refine their royalty/ lost profits base] |
| Parties Permitted to Supplement April 10, 2006 Identification of Trial Witnesses, if necessary | May 1, 2006 | May 15, 2006 |
| Ciena's Reply Briefs to Ciena's Dispositive Motions Due | May 15, 2006 | May 18, 2006 |
| Fact Discovery Deadline for the Depositions Listed on Exhibit A to the Court's 4/12/06 Order, the deposition of Patrick Nettles, the deposition of Jean Clermont, and the deposition of Agere | April 28, 2006 | May 19, 2006 |

| | | |
|---|---|---|
| Parties Permitted to Supplement April 14, 2006 Identification of Rebuttal Trial Witnesses, if necessary | May 5, 2006 | May 19, 2006 |
| Designate Rebuttal Experts (for all experts); Rebuttal Expert Reports Due (for all experts) | Within 28 days after service by the Court of its Claim Construction Ruling | May 23, 2006 |
| Parties to Exchange Page/Line Designations, Trial Exhibit Lists, and Hard Copies of Trial Exhibits. | May 11, 2006 | June 2, 2006 |
| Joint Pretrial Order, Joint Proposed Jury Instructions with Citation to Authority, and Form of the Verdict for Jury Trials | May 12, 2006 | June 5, 2006 |
| Parties to Complete Expert Discovery | To be agreed upon consistent with the Court's January 19, 2006 Order modifying the exchange of expert reports | June 6, 2006 |
| Deadline for Pretrial Objections | May 22, 2006 | June 16, 2006 |
| Parties to Exchange Cross-Designations to Page/Line Designations | May 23, 2006 | June 16, 2006 |
| *Daubert* Motions Due | To be agreed upon consistent with the Court's January 19, 2006 Order modifying the exchange of expert reports | June 16, 2006 |
| Deadline for Objections to Cross-Designations to Page/Line Designations | May 29, 2006 | June 23, 2006 |
| Motions *in Limine* Due | May 22, 2006 | June 23, 2006 |
| Response to *Daubert* Motions | To be agreed upon consistent | June 26, 2006 |

| | | |
|---|---|---|
| Due. | with the Court's January 19, 2006 Order modifying the exchange of expert reports | |
| 9:00 a.m. PRETRIAL CONFERENCE at the United States District Court, 211 W. Ferguson, 3rd Floor, Courtroom of Judge Davis in Tyler, Texas 75702 | May 25, 2006 | June 29, 2006 |
| 9:00 a.m. JURY SELECTION at the United States District Court, 211 W. Ferguson, 3rd Floor, Courtroom of Judge Davis in Tyler, Texas 75702 | June 5, 2006 | July 10, 2006 |
| Exhibits & Exhibit Lists Due | June 12, 2006 | July 17, 2006 |
| 9:00 a.m. JURY TRIAL at the United States District Court, 211 W. Ferguson, 3rd Floor, Courtroom of Judge Davis in Tyler, Texas 75702 | June 12, 2006 | July 17, 2006 |

For the foregoing reasons, the parties request that the Court continue the trial date for this case to July 17, 2006 and modify its Amended Docket Control Order as set forth in the chart above. A proposed order is attached.

DATED: May 3, 2006.                                    Respectfully submitted,

| **McKOOL SMITH, P.C.** | **BINGHAM McCUTCHEN LLP** |
|---|---|
| /s/ Sam Baxter | /s/ Gregory L. Lippetz |
| Sam Baxter<br>Attorney-in-Charge<br>Texas State Bar No. 01938000<br>sbaxter@mckoolsmith.com<br>McKOOL SMITH, P.C.<br>P.O. Box O<br>505 E. Travis, Suite 105<br>Marshall, Texas 75670<br>Telephone: (903) 927-2111<br>Facsimile: (903) 927-2622<br><br>Mike McKool, Jr.<br>mmckool@mckoolsmith.com<br>Texas State Bar No. 13732100<br>Theodore Stevenson, III<br>tstevenson@mckoolsmith.com<br>Texas State Bar No. 19196650<br>McKOOL SMITH, P.C.<br>300 Crescent Court, Suite 1500<br>Dallas, Texas 75201<br>Telephone: (214) 978-4000<br>Facsimile: (214) 978-4044<br><br>Steven J. Pollinger<br>spollinger@mckoolsmith.com<br>Texas State Bar No. 24011919<br>Michael S. Perez<br>mperez@mckoolsmith.com<br>Texas State Bar No. 24002752<br>Peter J. Ayers<br>payers@mckoolsmith.com<br>Texas State Bar No. 24009882<br>McKOOL SMITH, P.C.<br>300 West 6th Street, Suite 1700<br>Austin, Texas 78701<br>Telephone (512) 692-8700<br>Facsimile: (512) 692-8744<br><br>**ATTORNEYS FOR DEFENDANTS NORTEL NETWORKS, INC., NORTEL NETWORKS LIMITED AND NORTEL NETWORKS CORPORATION** | Gregory L. Lippetz<br>gregory.lippetz@bingham.com<br>California State Bar No. 154228<br>BINGHAM McCUTCHEN LLP<br>Three Embarcadero Center<br>San Francisco, California 94111-4067<br>Telephone: (415) 393-2000<br>Facsimile: (415) 393-2286<br><br>Fabio E. Marino<br>fmarino@orrick.com<br>California State Bar No. 183825<br>ORRICK HERRINGTON & SUTCLIFFE<br>1000 Marsh Road<br>Menlo Park, California 94025<br>Telephone: (650) 614-7353<br>Facsimile: (650) 614-7401<br><br>Calvin Capshaw<br>ccapshaw@mailbmc.com<br>Texas State Bar No. 03783900<br>BROWN McCARROLL LLP<br>1127 Judson Road, Suite 220<br>Longview, TX 75601-5157<br>Telephone: (903) 236-9800<br>Facsimile: (903) 236-8787<br>Attorney-in-Charge<br><br>**ATTORNEYS FOR CIENA CORPORATION** |

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the above and foregoing document has been served on all known counsel of record via ECF on this the 3rd day of May, 2006:

/s/ Michael S. Perez

Michael S. Perez

Austin 28879v4