# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# MARSHALL DIVISION

| | |
|---|---|
| CIENA CORPORATION, a Delaware corporation,<br><br>      Plaintiff,<br><br>   v.<br><br>NORTEL NETWORKS INC., a Delaware corporation, NORTEL NETWORKS LIMITED, a Canadian corporation, and NORTEL NETWORKS CORPORATION, a Canadian corporation,<br><br>      Defendants. | Civil Action No. 2:05-CV-14-LED<br><br>Judge Leonard Davis |

## ORDER MODIFYING AMENDED DOCKET CONTROL ORDER

CAME TO BE CONSIDERED the parties' Joint Motion to Modify Amended Docket Control Order. The Court is of the opinion that the motion should be GRANTED.

IT IS THEREFORE ORDERED that this Court's Amended Docket Control Order is hereby modified as follows:

| Docket Control Entry | Deadline |
|---|---|
| Last day parties may take discovery depositions of Patrick Nettles, Arthur Fisher, and Stephen Chaddick. | June 16, 2006 |
| Designate Rebuttal Experts (for all experts); Rebuttal Expert Reports Due (for all experts) | May 25, 2006 |
| Parties to Exchange Page/Line Designations, Trial Exhibit Lists, and Hard Copies of Trial Exhibits | June 5, 2006 |

LA/40351211.1

| Joint Pretrial Order, Joint Proposed Jury Instructions with Citation to Authority, and Form of the Verdict for Jury Trials | June 9, 2006 |
| --- | --- |
| Parties to Complete Expert Discovery | June 13, 2006 |
| *Daubert* Motions Due | June 23, 2006 |
| Responses to *Daubert* Motions Due | July 3, 2006 |

**So ORDERED and SIGNED this 22nd day of May, 2006.**

_____
**LEONARD DAVIS
UNITED STATES DISTRICT JUDGE**

LA/40351211.1