# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# MARSHALL DIVISION

| | |
|---|---|
| CIENA CORPORATION, a Delaware corporation,<br><br>    Plaintiff,<br><br>v.<br><br>NORTEL NETWORKS INC., a Delaware corporation, NORTEL NETWORKS LIMITED, a Canadian corporation, and NORTEL NETWORKS CORPORATION, a Canadian corporation,<br><br>    Defendants. | Civil Action No. 2:05-CV-14-LED<br><br>Judge Leonard Davis |

## ORDER MODIFYING AMENDED DOCKET CONTROL ORDER

CAME TO BE CONSIDERED the parties' Joint Motion to Modify Amended Docket Control Order. The Court is of the opinion that the motion should be GRANTED.

IT IS THEREFORE ORDERED that this Court's Amended Docket Control Order is hereby modified as follows:

| Docket Control Entry | Deadline |
|---|---|
| Parties to Exchange Page/Line Designations and Trial Exhibit Lists | June 9, 2006 |
| Joint Pretrial Order, Joint Proposed Jury Instructions with Citation to Authority, and Form of the Verdict for Jury Trials | June 14, 2006 |
| Parties to Exchange Hard Copies of Trial Exhibits | June 19, 2006 |

**So ORDERED and SIGNED this 6th day of June, 2006.**



_____
**LEONARD DAVIS
UNITED STATES DISTRICT JUDGE**

LA/40352722.1